IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE PURDOM, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 07-1198 |
| | ) |
| v. | ) Chief Judge Ambrose |
| | ) Magistrate Judge Caiazza |
| PAUL R. GETTLEMAN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Willie Purdom's ("Purdom" or "the Plaintiff") Complaint filed pursuant to 42 U.S.C. §1983 was received by the Clerk of Court on September 4, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report, filed on September 24, 2007, recommended that the action be dismissed as frivolous. The parties were allowed ten days from the date of service to file objections. Plaintiff asked for an extenstion of time to file objections until October 18, 2007 (Doc. 6), but no objections have been filed to date.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this 29th day of Oct. , 2007,

IT IS HEREBY ORDERED that this action is DISMISSED. The

Report and Recommendation of Magistrate Judge Caiazza, (Doc. 5), dated September 24, 2007, is adopted as the opinion of the court. The Clerk is directed to mark this case CLOSED.

s/Donetta Ambrose<br>
Donetta Ambrose<br>
Chief U.S. District Court Judge

cc:
WILLIE PURDOM, 03643-068
Federal Medical Center
Post Office Box 14500
Lexington, KY 405112-4508